UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                  Case No. 13-11319-WRS
                                                                       Chapter 13
WILLIAM HENRY FEGGINS,

    Debtor

WILLIAM HENRY FEGGINS,

    Plaintiff                                       Adv. Pro. No. 14-1049-WRS

  v.

LVNV FUNDING LLC and
RESURGENT CAPITAL
SERVICING L.P.,

    Defendants

## JUDGMENT

For the reasons set forth in the Court's Memorandum Decision of this date, judgment is entered in favor of each of the Plaintiffs and against the Defendants, together with costs, as follows:

| | |
|---|---|
| William Henry Feggins | $1,000 |
| Ray C. Balcom | $1,000 |
| Donnie L. Chandler | $1,000 |
| Cynthia Gamble Grant | $1,000 |
| Robert W. Henson | $1,000 |

In addition, attorney's fees will be awarded by way of a separate order.

Done this 20th day of November, 2015.

*/s/ William R. Sawyer*

United States Bankruptcy Judge

c: Nicholas H. Wooten, Attorney for Plaintiff
   Neal D. Moore III, Attorney for Defendants